## BINH LE *v.* ANNE MARIE EDWARDS
## (AC 31844)

Harper, Alvord and West, Js.

Argued October 14—officially released November 2, 2010

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* VALISA KINION
## (AC 30171)

Robinson, Bear and Freedman, Js.

Argued October 18—officially released November 2, 2010

Per Curiam. The judgment is affirmed.

## ALBERT BACHER *v.* MARLENE MARCUS-BACHER
## (AC 31687)

Beach, Robinson and Pellegrino, Js.

Submitted on briefs October 15—officially released November 2, 2010

Per Curiam. The judgment is affirmed.